**CERTIFICATE OF SERVICE**

      Lydia A. Bueschel, an attorney, certifies that on April 7, 2015, she caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Waiver of the Service of Summons**, using the court's CM/ECF system, which shall send electronic notification of this filing to all counsel of record.

      /s/ *Lydia A. Bueschel*