# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR NEW CITY BANK, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT BALDERMANN; MERRI EHRENWERTH BALDERMANN; WILLIAM BEAVERS; PETER BILANZIC; VINCENT CAINKAR; MICHAEL DEBRE; RONALD FISHER; DONALD HARTZ; GLENN KRIETSCH; RAYMOND LAZZARA; BURTON ODELSON; THOMAS POWELL; GARY WAPINSKI; and JACK ZAUSA, <br><br> Defendants. | Case No. 1:15-cv-02027 <br> Judge Elaine E. Bucklo |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-entitled action is hereby dismissed, with prejudice and without costs to either party, and that an Order may be entered to that effect.


/s/ Lydia A. Bueschel
Lydia A. Bueschel
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
*Attorneys for FDIC as Receiver for New City Bank*

/s/ John M. George, Jr.
John M. George, Jr.
Katten & Temple LLP
542 South Dearborn Street, 14th Floor
Chicago, Illinois 60605
*Attorney for Albert Baldermann, Merri Ehrenwerth-Baldermann, Peter Bilanzic, Michael Debre, Ronald Fisher, Glenn Krietsch, and Jack Zausa*

/s/ Edward C. Fitzpatrick
Edward C. Fitzpatrick
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4400
Chicago, Illinois 60603
*Attorney for William Beavers, Vincent Cainkar, Raymond Lazzara, Burton Odelson, and Thomas Powell*

/s/ Mark D. Belongia
Mark D. Belongia
Duane Morris, LLP
190 South La Salle Street, Suite 3700
Chicago, Illinois 60606
*Attorney for Donald Hartz and Gary Wapinski*


**Dated:   May ___, 2015**                                    **Entered:**

                                                              _____
                                                              **Judge Elaine E. Bucklo**

## **CERTIFICATE OF SERVICE**

      Lydia A. Bueschel, an attorney, certifies that on May 27, 2015, she caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Stipulation of Dismissal**, using the Court's ECF system, which shall send notification of such filing to all counsel of record.

                                                                     /s/ Lydia A. Bueschel